FILED
United States Court of Appeals
Tenth Circuit

October 17, 2024

Christopher M. Wolpert
Clerk of Court

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

MANUEL KEVIN DUTRA,

    Defendant - Appellant.

No. 24-6135
(D.C. No. 5:22-CR-00388-R-1)
(W.D. Okla.)

_____

### ORDER AND JUDGMENT[*]
_____

Before **PHILLIPS**, **CARSON**, and **ROSSMAN**, Circuit Judges.
_____

The government moves to enforce the appeal waiver in its plea agreement with

Manuel Kevin Dutra. *See United States v. Hahn*, 359 F.3d 1315, 1328

(10th Cir. 2004) (en banc) (per curiam). Mr. Dutra "does not object" to the

government's motion. Resp. at 1. Based on the parties' positions and our

independent review, we grant the motion to enforce the appeal waiver. We dismiss

this appeal.

Entered for the Court

Per Curiam

_____

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.